NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1196, -1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SMART GLOVE HOLDINGS, SDN. BHD.,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC.,
and HSI GLOVES, INC.,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation Nos. 337-TA-608 and 612.

ON MOTION

O R D E R

Upon consideration of Cardinal Health, Inc. et al.'s motion for leave to withdraw as intervenors,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

_____OCT 14 2009_____
Date

cc: Paul F. Brinkman, Esq.
Scott M. Daniels, Esq.
Paul M. Bartkowski, Esq.
William D. Belanger, Esq.

s17

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 14 2009

JAN HORBALY
CLERK